## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.: 01-cr-00214-WYD-20, and 02-cr-00281-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Ronald Clark,

       Defendant.

---

## ORDER TO CORRECT CASE NUMBER

---

The Judgment dated June 21, 2004, indicates the case number as "02-cr-00281-WYD-01 Consolidated with Docket No. 01-cr-00214-WYD-20". However, this is incorrect. On June 21, 2004, an order of the Court was filed in both cases dismissing all indictments pursuant to Ronald Clark in case number 01-cr-00214-WYD-20.

The only active case is 02-cr-00281-WYD-01.

On December 19, 2007, a petition for revocation of supervised release and request for warrant was incorrectly assigned to and filed as case number 01-cr-00214-WYD-20. The correct case number should have been 02-cr-00281-WYD-01. Accordingly, it is

ORDERED that the case number assigned to the petition filed on December 19, 2007, be corrected to reflect case number 02-cr-00281-WYD-01, and that the petition and all subsequent matters in connection to that petition be docketed as case number 02-cr-00281-WYD-01.

DATED at Denver, Colorado, this _15th_ day of February, 2008.

BY THE COURT:

Wiley Y. Daniel
United States District Judge